# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL:** One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5137 2375 3045 7456 11 addressed to "Jessica Hillman 6320. N. 48th St, Omaha, NE 68104", with a return address of "Mary Jones 1051. W. University Dr., Tempe AZ 85282". It is a white box measuring approximately 16" X 12" X 8.5"; weighing approximately 7 pound and 15 ounces; postmarked February 14, 2023; and bearing $27.50 in postage.

**SEARCH WARRANT**

Case Number: 23-8088 MB

TO: Raymond Shepard and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Raymond Shepard, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL** One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5137 2375 3045 7456 11 addressed to "Jessica Hillman 6320. N. 48th St, Omaha, NE 68104", with a return address of "Mary Jones 1051. W. University Dr., Tempe AZ 85282". It is a white box measuring approximately 16" X 12" X 8.5"; weighing approximately 7 pound and 15 ounces; postmarked February 14, 2023; and bearing $27.50 in postage.

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and/or 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __3-2-23__ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

__2/16/23   12:23 p~__   at   Phoenix, Arizona
Date and Time Issued                City and State

HONORABLE JOHN Z. BOYLE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer

AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>23-8088mb | Date and time warrant executed:<br>2/16/2023 1:09 pm | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of :<br>   Postal Inspector Ray Shepard and USPIS Contractor Ben Felice | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>9505513723753045745611<br><br>- 2 x white cardboard boxes<br>- Spray foam<br>- Packing peanuts<br>- Black t shirt<br>- Two bundles wrapped in silver foil tape containing approximately 2433.9 grams of white crystal like substance field tested positive for methamphetamine | | |

### Certification

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    02/16/2023

Raymond Shepard
Digitally signed by Raymond Shepard
Date: 2023.02.16 14:49:36 -07'00'

*Executing officer's signature*

Raymond Shepard, Postal Inspector

*Printed name and title*